IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. FULLER,

    Petitioner,               No. CIV S-10-0842 DAD P

    vs.

RICK HILL, Warden,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 10, 2010, petitioner requested discovery pursuant to Rule 6(a) of the Rules Governing § 2254 Cases.

        Petitioner's request is premature. On April 26, 2010, the court ordered respondent to file an answer or responsive motion to petitioner's application for writ of habeas corpus within sixty days. Respondent has not yet filed a response, nor has the sixty day period in which to do so expired. Until respondent files an answer to petitioner's application for writ of habeas corpus, the court will not entertain motions requesting discovery. Accordingly, the court will deny

/////
/////
/////
/////

1

1 petitioner's May 5, 2010 motion for discovery (Doc. No. 8) as premature.  IT IS ORDERED.

2 DATED: May 14, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:sj
full0842.120